TDCJ Offender Details

*83,837 -01*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 07585408 |
| **TDCJ Number:** | 02002041 |
| **Name:** | HERRON,BRANDON LAVON |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1988-07-31 |
| **Maximum Sentence Date:** | NOT AVAILABLE |
| **Current Facility:** | DOMINGUEZ |
| **Projected Release Date:** | 2015-09-23 |
| **Parole Eligibility Date:** | NOT AVAILABLE |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**      Offender is not scheduled for release at this time.

**Scheduled Release Type:**      Will be determined when release date is scheduled.

**Scheduled Release Location:**      Will be determined when release date is scheduled.

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2005-12-12 | POSS WID CS PG1 1-4G | 2008-12-15 | BEXAR | 2006CR0398W | 2-00-00 |
| 2010-09-22 | FELON POSS FIREARM | 2012-03-26 | BEXAR | 2011CR0680 | 3-00-00 |